## EDWARDS et al. v. McNAIR & SELLERS.

A question of constitutional law, not raised on the trial of an action in a city court, but first made in a petition for certiorari to the superior court after verdict in the city court, was not properly presented for decision. A writ of error from the decision on certiorari was returnable to the Court of Appeals.

No. 2388.   January 11, 1922.

Writ of error; from Grady superior court.

*W. V. Custer,* for plaintiff in error.

*S. P. Cain* and *R. C. Bell,* contra.

Fish, C. J. An action for damages was brought in the city court of Cairo, and, in accordance with the provision in section 35 of the act establishing the city court of Whigham (.Georgia Laws 1906, p. 379), was transferred by the judge of the city court of Cairo to the city court of Whigham. On the trial in the latter court a verdict was rendered for the plaintiffs. The defendants by a writ of certiorari carried the case to the superior court. In the petition for certiorari it was for the first time sought to attack the validity of the provision of the act establishing the city court of Whigham, in respect of the power given to the judge of the city court of Cairo to transfer the case to the city court of Whigham, on the ground that such provision of the act was violative of specified provisions of the constitution. Accordingly, no such constitutional question was properly presented for decision by the judge of the superior court (see *Meeks* v. *Guckenheimer,* 102 *Ga.* 710, 29 S. E. 486; *Bolton* v. *City of Newnan,* 147 *Ga.* 400, 94 S. E. 236; *Patterson* v. *Bank of Alapaha,* 148 *Ga.* 357, 96 S. E. 863); and the writ of error sued to review his judgment overruling the petition for certiorari was properly returnable to the Court of Appeals, and not to the Supreme Court. The case is therefore transferred to the Court of Appeals.   *All the Justices concur.*